**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION and AIRLINE PROFESSIONALS ASSOC. OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224,<br><br>            Plaintiffs,<br><br>    v.<br><br>ATLAS AIR, INC.,<br><br>            Defendant. | Civil Action No. 1:19-cv-02723-CRC |

### DECLARATION OF RACHEL S. JANGER

I, RACHEL S. JANGER, declare and state as follows:

1.      I am a senior counsel with the law firm of O'Melveny & Myers LLP ("O'Melveny"), at its office located at 1625 Eye Street, NW, Washington, D.C. 20006. I am a member in good standing of the Bars of the District of Columbia and New York and am admitted to practice before this Court. O'Melveny is counsel to Defendant Atlas Air, Inc. ("Atlas"). I have personal knowledge of the facts set forth below and if called as a witness in this matter, I could and would competently testify to the below facts.

2.      A true and correct copy of Union Exhibit 1 from the October 24-26, 2018 Atlas-IBT System Board arbitration hearing captioned "Management Grievance Alleging Violation of Section 1.F of the Atlas Air, Inc.-International Brotherhood Of Teamsters, Airline Division, Local 1224 Crewmembers CBA" is attached hereto as Exhibit A. This Exhibit contains Sections 1, 20, 21 and 34 of the collective bargaining agreement between Atlas Air, Inc. and International Brotherhood of Teamsters, Airline Division, dated September 8, 2011.

1

3.      True and correct copies of the certified transcripts of the Atlas-IBT System Board arbitration hearing captioned "Management Grievance Alleging Violation of Section 1.F of the Atlas Air, Inc.-International Brotherhood Of Teamsters, Airline Division, Local 1224 Crewmembers CBA," dated October 24, 25, and 26, 2018 ("Atlas Management Grievance Arbitration") are attached hereto as Exhibits B, C, and D, respectively.

4.      A true and correct copy of Joint Exhibit 1 from the Atlas Management Grievance Arbitration is attached hereto as Exhibit E.  This Exhibit contains Atlas' April 14, 2016 management grievance and accompanying documents, and the IBT's April 20, 2016 response to the management grievance.

5.      True and correct copies of Atlas Management Grievance Arbitration Post-Hearing Briefs, filed on March 1, 2019 by Atlas and the IBT with Arbitrator Nicolau and the Atlas System Board, are attached hereto as Exhibits F and G, respectively.

6.      A true and correct copy of Company Exhibits 60, 64 and 65 from the Atlas Management Grievance Arbitration are attached hereto as Exhibits H, I, and J respectively. Exhibit H is Atlas' and Southern's Complaint to Compel Arbitration Under the Railway Labor Act filed in Civil Action No. 7:17-cv-00903-NSR in the Southern District of New York on February 7, 2017.  Exhibits I and J are Atlas' and Southern's Memorandum of Law in Support of Plaintiffs' Amended Motion for Summary Judgment and to Compel Arbitration, and their Memorandum of Law in Further Support of Plaintiffs' Amended Motion for Summary Judgment and to Compel Arbitration and in Opposition to Defendants' Motion to Dismiss, both of which were filed in Civil Action No. 7:17-cv-00903-NSR in the Southern District of New York on July 20, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 11th day of October, 2019 at Washington, D.C.

Rachel S. Janger