UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION,** *et al.***,**

    Plaintiffs,

    v.

**ATLAS AIR, INC.,**

    Defendant.

Case No. 19-cv-2723 (CRC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that [7] Defendant's Motion to Dismiss is GRANTED.  It is further

**ORDERED** that [1] Plaintiffs' Complaint is DISMISSED.

**SO ORDERED**.

Date: January 28, 2020

CHRISTOPHER R. COOPER
United States District Judge