# United States Court of Appeals
#### For The District Of Columbia Circuit

_____

**No. 20-7038**  September Term, 2020

1:19-cv-01948-CRC
1:19-cv-02723-CRC
1:19-cv-03223-CRC

**Filed On:** January 28, 2021

Atlas Air, Inc. and Southern Air, Inc.,

    Appellees

    v.

International Brotherhood of Teamsters,
Airline Division,

    Appellant

Airline Professionals Association of the
International Brotherhood of Teamsters,
Local Union No. 1224,

    Appellee

International Brotherhood of Teamsters Local
2750,

    Appellant

------------------------------

Consolidated with 20-7039, 20-7041

## O R D E R

Upon consideration of the stipulation of voluntary dismissal, it is

    **ORDERED** that the Clerk note on the docket that these consolidated cases are dismissed.  No mandate will issue.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
            Laura Chipley
            Deputy Clerk